Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

On Oregon IN THE UNITED STATES DISTRICT COURT A KA
*District Court of the United States*
FOR THE DISTRICT OF OREGON seeking jurisdiction!
*1000 SW 3rd Avenue Portland, Oregon*

| | |
|---|---|
| 3  Ronald Charles Vrooman ) | Case number: 3:17-CV-977-AC |
| 4  Party for Plaintiff Pro se and ) | *Failure to provide due process and* |
| 5  Ronald Charles Vrooman Private Attorney ) | *violations of inalienable, civil and* |
| 6  Generals by the United States Congress 42 U.S.C.1988 and 18 U.S.C.1510 and 18 U.S.C. ) | *human rights and RICO. All are* |
| 7  1512 and to be known as "One of the People" also "Qualified Criminal Investigator" and ) | *violations of 18 USC 3571 and other* |
| 8  "Federal Witness" and by unrebutted affidavit. ) | *codes, thus of my inalienable rights* |
| 9  Status identified and unrebutted. Others to be named and added later. | *guaranteed by our Constitution.* |
| 10 | *During the unlawful conduct in* |
| 11  Vrs. | *their courts and in their paperwork* |
| 12  Federal District Court Oregon, Michael | *proof of and incontrovertible* |
| 13  Mosman, Anna J. Brown, Michael McShane, Michael Simon, Youlee Yim You, John | *evidence in their own records of* |
| 14  Acosta, Garr M. King, Stacie Beckerman | *violation of governing law. SCOTUS* |
| 15  ,others may be added; concerning case numbers 3;16 cv 0770 yy, 3;16 cv 1109 yy, | *case law is law for all inferior* |
| 16  3;16 cr 00052 br, 3;17 cv 00138 ki, 3;17 cv 00602.mc, 3;16 cv 2187 ac, 3;17 cv 00744 sb, | *courts. Thus my/our rights as/for* |
| 17  3;17 cv 00547 mc. Washington County | *Oregonians, non US citizens, free* |
| 18  Circuit Court, D. Charlie Bailey, Suzanne Upton, Rick Knapp, Oscar Garcia, Beth | *inhabitants, and others as they are* |
| 19  Roberts case number D144354M; Oregon Appellate Court, Duncan, DeVore and | *identified have been violated.* |
| 20  Garrett (no first names supplied by them) Erika L. Hadlock, cases numbers A159740, | |
| 21  A164225; Oregon Supreme Court, Martha L. Waters case number S064694; Beaverton | |
| 22  Municipal Court, Frank Ravelo, John Mercer, Erin Kirkwood    case number UC7945181 | |
| 23  others may be added, such as: employees and officers of the court, city, county and state. If | |
| 24  these names are not exact they are close enough to identify the persons. | |

Defendants, party against

1 of 4

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

## Suing A Judge

The case of Ulrich v. Butler case # 09-7660, was a civil case attempting to hold the Court to

limits as defined by Constitutional and Statutory Law. Here is the US Supreme Court decision.

Here are the details; fasten your seat belt:

In the Eleventh Judicial District of Illinois, Woodford County, in a civil case, an individuals

civil and constitutional rights were denied as the third judge in the **case (first two Judges were**

**recused after review by the Judicial Review Board) did deny multiple requests to have all**

**proceedings recorded,** did state that no motions or petitions as filed by the individual would be

heard, did illegally incarcerate the individual without regard to Habeas Corpus, did knowingly

ignore Illinois state statutes, and not only violated due process of Law, but denied equal

protection under the law.

Failure to obtain substantial Justice in state courts lead to suits being filed in Federal Court

under Title 42 United States Code standard 1983.This suit asks for Relief of all orders made in

violation of the Law, that Due Process of Law be allowed, and further issue relief as the court

deems appropriate.
Case Law also states that when a judge acts as a trespasser of the law, when a judge does not

follow the law, he then loses subject matter jurisdiction and the Judges orders are void, of no

legal force or affect.
If an inferior judge acts maliciously or corruptly he may incur liability.
Kalb v. Luce, 291 N.W. 841, 234, WISC 509.
http://caught.net/prose/suejud.htm

## Notice

The records of all cases listed; mine, one additional are now filed into this case as
evidence and each court is required to provide their certified transcript and copies
of all documents filed into the cases. Thus discovery is delivered. I have my filed
stamped copies to compare.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

67 ORCP20A; Clearfield Doctrine; Accardi Doctrine; ex Parte Young; ex parte
68 Milligan are all specifically called into this case. They are all governing law.

69 Claim: These courts on their records have denied me remedy by due process
70 violations and failure to abide by governing law.

71 Claim: File on demand, as there is no fee for a man to obtain justice in a court.
72 This has been denied and cases dismissed because I refused to be denied access to
73 governing law. This fee has been collected and will not be reimbursed or refunded.

74 Claim: Each court listed has been challenged to prove their jurisdiction, in writing,
75 into the record and not one has followed governing law or defaulted, legal fictions,
76 color of law. They have jurisdiction over the corporate governance, US citizens
77 and attorneys but not me until proven. This is a violation of governing law.

78 Claim: A right cannot be converted to a privilege to my detriment; this has been
79 done to me. This is a violation of governing law.

80 This is where many start quoting case law. As I have quoted case law in several
81 cases, many if not all, and it has been ignored. I will wait to quote more case law.
82 Look it up Yourself. This is sufficient to start this case, I need only one claim.

83 Each person listed has many claims against them and to list them all here is a
84 waste, as the transcripts and records filed into each case will with incontrovertible
85 facts be the evidence for this case. Read the case, read the governing law, it is
86 obvious to the jury. I am guaranteed Article III, 11th and VII amendment court.

87 I do legal not lawful and this is my best effort. If my work is deficient please notify
88 me. My status is filed as fact: The right to expatriate is among those we all have. I have
89 done so and filed it into the public record with city of Beaverton, and as a paper into the
90 Beaverton Municipal Court in UC 7945181, and Federal District Court. It is not challenged, so it
91 stands as fact. I am an American state national, a non US citizen; I am on Oregon; I am the
92 trustee of a PMA in the name RONALD CHARLES VROOMAN; I am a flesh and blood man
93 without mala in se crime; I am not in commerce with the state of Oregon; I am without the state
94 of Oregon; within the united States of America. My status is defined and acknowledged in the
95 public record and two courts of recorded, un-rebutted and stands as fact. Therefore, are we
96 dealing with governing law?? Please remember I am not subject to your rules, codes,
97 and statutes. You are, as determined by SCOTUS, that's governing law.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

98  Each court and person listed has 21 days from service date to answer the claims
99  and provide notice of intent to defend or default or be in default. This court has 90
100 days to start the trial, 21 days to prove jurisdiction or default with the same
101 penalties.

102 The courts have jurisdiction over the corporate governance entities, inferior courts
103 and BAR attorneys and US citizens that don't know better. But not me the flesh
104 and blood man on Oregon, until proof of jurisdiction is filed in writing into the
105 record of the court in each case, including this one. Therefore, they can comply; all
106 except me are persons of the corporate governance...

107 A default is acquiescence to the charges and proof of desire to settle by finding
108 against my convictions in both D144354M and UC 7945181. This filed document
109 and a calendar are sufficient demand and to obtain from this or any federal district
110 court an order to dismiss the convictions forever, to be so ordered by this or any
111 federal court within 10 days from default date and to be enforced by the United
112 States Marshal Service within 20 days from default date...

113 A default is also sufficient proof to demand that 18 USC 3571 due process has
114 been violated and a penalty of 250,000.00 dollars in silver or the exchange rate in
115 Federal Reserve Notes on the default date. To be paid to Ronald Charles Vrooman
116 by each court and person in default or their bond or risk management insurance
117 within 10 days of receiving the order from this court or be in contempt of this or
118 any federal court and prosecuted within 10 days... To be so ordered by this court
119 within 10 days from default date and to be enforced by the United States Marshal
120 Service within 20 days from default date or be in contempt of this court and
121 prosecuted within 10 days...

122 Without equivocation, mental reservation or secret evasion is required of all named
123 here and acting in this matter. No color of law or legal fiction.

*without the State of Oregon without the county of Washington*

*Signed and Sworn before me*

OFFICIAL SEAL
MELISSA MAE STUDINGER
NOTARY PUBLIC - OREGON
COMMISSION NO. 941448
MY COMMISSION EXPIRES AUG. 16, 2019

*Notary Public State of OR*

Ronald Charles Vrooman,
on Oregon within The United
States of America

6/22/17

Page 4 of 4